**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Noah**<br>First name<br><br>**Elias**<br>Middle name<br><br>**Weiss**<br>Last name and Suffix (Sr., Jr., II, III) | **Joyce**<br>First name<br><br>**Resian**<br>Middle name<br><br>**Kimojino-Weiss**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  | **FKA Joyce Resian Kimojino** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9419 | xxx-xx-9560 |

Debtor 1  **Noah Elias Weiss**
Debtor 2  **Joyce Resian Kimojino-Weiss**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.** **Where you live**

About Debtor 1:

**8400 Delmar Blvd, Apt 148**
**St Louis, MO 63124**
Number, Street, City, State & ZIP Code

**Saint Louis**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2 (Spouse Only in a Joint Case):

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Noah Elias Weiss**

Debtor 2   **Joyce Resian Kimojino-Weiss**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
| --- | --- |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| --- | --- | --- |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| --- | --- | --- |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

- ☐ No.   Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?

  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1 **Noah Elias Weiss**

Debtor 2 **Joyce Resian Kimojino-Weiss**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Noah Elias Weiss**

Debtor 2    **Joyce Resian Kimojino-Weiss**

Case number *(if known)* _____

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Noah Elias Weiss**

Debtor 2    **Joyce Resian Kimojino-Weiss**                             Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49

■ 50-99

☐ 100-199

☐ 200-999

☐ 1,000-5,000

☐ 5001-10,000

☐ 10,001-25,000

☐ 25,001-50,000

☐ 50,001-100,000

☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000

☐ $50,001 - $100,000

■ $100,001 - $500,000

☐ $500,001 - $1 million

☐ $1,000,001 - $10 million

☐ $10,000,001 - $50 million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000

☐ $50,001 - $100,000

☐ $100,001 - $500,000

☐ $500,001 - $1 million

■ $1,000,001 - $10 million

☐ $10,000,001 - $50 million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

| **Part 7:** | **Sign Below** |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Noah Elias Weiss | /s/ Joyce Resian Kimojino-Weiss |
| --- | --- |
| **Noah Elias Weiss** | **Joyce Resian Kimojino-Weiss** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   **October 15, 2025** | Executed on   **October 15, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Noah Elias Weiss** | | |
|---|---|---|---|
| Debtor 2 | **Joyce Resian Kimojino-Weiss** | | Case number *(if known)* |

---

| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**/s/ David A. Sosne**
Signature of Attorney for Debtor

Date  **October 15, 2025**
MM / DD / YYYY

**David A. Sosne #28365MO**
Printed name

**Summers Compton Wells LLC**
Firm name

**903 S Lindbergh Blvd Suite 200**
**Saint Louis, MO 63131**
Number, Street, City, State & ZIP Code

Contact phone  **314-991-4999**

Email address  **dasattymo@summerscomptonwells.com**

**#28365MO MO**
Bar number & State

---

Certificate Number: 16199-MOE-CC-040102889



16199-MOE-CC-040102889

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 18, 2025</u>, at <u>12:15</u> o'clock <u>AM EDT</u>, <u>Noah Weiss</u> received from <u>CC Advising, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Missouri</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>September 18, 2025</u>          By:     <u>/s/Musa Javaid</u>

                                              Name:   <u>Musa Javaid</u>

                                              Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 16199-MOE-CC-040102888



16199-MOE-CC-040102888

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 18, 2025</u>, at <u>12:15</u> o'clock <u>AM EDT</u>, <u>Joyce Kimojino Weiss</u> received from <u>CC Advising, Inc.</u> , an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Missouri</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>September 18, 2025</u>          By:     <u>/s/Musa Javaid</u>

                                    Name:   <u>Musa Javaid</u>

                                    Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $ 267,195.99 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | $ 267,195.99 |

**Part 2:    Summarize Your Liabilities**

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 273,670.41 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 4,028,951.60 |
| | **Your total liabilities** | $ 4,302,622.01 |

**Part 3:    Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $ 4,549.88 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $ 4,483.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Noah Elias Weiss**

Debtor 2    **Joyce Resian Kimojino-Weiss**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☐ Yes

| 3.1 | Make: | **Honda** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Civic** | ☐ Debtor 1 only | | |
| | Year: | **2021** | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | **58690** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | | | ☐ Check if this is community property (see instructions) | **$18,000.00** | **$18,000.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>

| |
|---|
| **$18,000.00** |

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Noah Elias Weiss** | | |
|---|---|---|---|
| Debtor 2 | **Joyce Resian Kimojino-Weiss** | | Case number *(if known)* |

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| Usual and customary household goods and furnishings | $1,260.00 |
|---|---|

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| Tablet and other misc. electronics | $250.00 |
|---|---|

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.....

| Sports-Hobby: 2 Pairs Weightlifting Shoes ($200); Weightlifting Belt/Accoutrements ($150) | $350.00 |
|---|---|

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☑ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe.....

| Clothing | $200.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes. Describe.....

| Wedding rings | $300.00 |
|---|---|

| Misc. jewelry | $250.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes. Describe.....

| Debtor 1 | **Noah Elias Weiss** | |
|---|---|---|
| Debtor 2 | **Joyce Resian Kimojino-Weiss** | Case number *(if known)* |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

| $2,610.00 |
|---|

---

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.....................................................................................................

|  | Cash | $250.00 |
|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................

Institution name:

| 17.1. | **Checking Account** | **Capital One** **Account ending in 2281** | $144.26 |
|---|---|---|---|
| 17.2. | **Checking** | **Chase** | $723.80 |
| 17.3. | **Brokerage** | **Morgan Stanley** **Accounting ending in 7-076** | $549.61 |
| 17.4. | **Savings account** | **Wealthfront** **Account ending in 448-19** | $0.06 |
| 17.5. | **Savings account** | **Capital One** **Account ending in 3160** | $1.28 |
| 17.6. | **Checking** | **Wealthfront** **Account ending in 9MYP** | $862.99 |
| 17.7. | **Checking account** | **BeCU** **Checking account ending in 3205** **Student Loan Proceeds** | $5,507.56 |
| 17.8. | **Savings** | **BeCU** **Savings account ending in 3172** **Student Loan proceeds** | $2,409.75 |
| 17.9. | **Checking** | **Discover** **Checking account ending in 1702** | $0.00 |

---

| Debtor 1 | **Noah Elias Weiss** | |
|---|---|---|
| Debtor 2 | **Joyce Resian Kimojino-Weiss** | Case number (if known) |

| 17.10. | **Checking Account** | **Wealthfront**<br>**Account ending in RJMW** | $414.01 |
|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................         Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them..................

|  | Name of entity: | % of ownership: |  |
|---|---|---|---|
|  | **First WCG Inc which owns Wired Electric LLC** | **92.7%** % | $0.00 |
|  | **Interest in Joint Venture with Alpha Geek Capital, a California LLC;  Joint Venture owns real property located at 4744 Avenida La Flora Deiserta, Joshua Tree, CA and operates as an AIRBnB; titled in individual name** | **50%** % | $145,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
              Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

|  | Type of account: | Institution name: |  |
|---|---|---|---|
|  |  | **Retirement: Icon IRA** | $5,209.21 |
|  |  | **Retirement: Fidelity 401(k)** | $33,874.00 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

Debtor 1    **Noah Elias Weiss**

Debtor 2    **Joyce Resian Kimojino-Weiss**                                        Case number *(if known)* _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No

    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No

    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ■ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ■ No

    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ■ No

    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Insurance: Northwestern Mutual Whole-Life Policy** | | **$48,419.63** |
| **Insurance: Renters Insurance** | | **$0.00** |
| **Insurance: Term Life Insurance No cash value** | | **$0.00** |
| **HSA from Splunk/Cisco Fidelity** | | **$3,219.83** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No

    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No

Official Form 106A/B                                    Schedule A/B: Property                                        page 5

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**                                    Case number *(if known)* _____

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

| Potential claim with regard to purchase of business | Unknown |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.......................................................................................................... | **$246,585.99** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ......................................................................................................... | **$0.00** |
56. **Part 2: Total vehicles, line 5** | $18,000.00 |
57. **Part 3: Total personal and household items, line 15** | $2,610.00 |
58. **Part 4: Total financial assets, line 36** | $246,585.99 |
59. **Part 5: Total business-related property, line 45** | $0.00 |
60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
61. **Part 7: Total other property not listed, line 54** + | $0.00 |

62. **Total personal property.** Add lines 56 through 61... | **$267,195.99** |  Copy personal property total | **$267,195.99** |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$267,195.99** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| | First Name　　　　Middle Name　　　　Last Name |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** |
| (Spouse if, filing) | First Name　　　　Middle Name　　　　Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                                    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2021 Honda Civic 58690 miles**<br>Line from *Schedule A/B:* **3.1** | $18,000.00 | ☑ $18,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§** 42.001(a)(1), (2), 42.002(a)(9) |
| **Usual and customary household goods and furnishings**<br>Line from *Schedule A/B:* **6.1** | $1,260.00 | ☑ $1,260.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§** 42.001(a)(1), (2), 42.002(a)(1) |
| **Sports-Hobby: 2 Pairs Weightlifting Shoes ($200); Weightlifting Belt/Accoutrements ($150)**<br>Line from *Schedule A/B:* **9.1** | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§** 42.001(a)(1), (2), 42.002(a)(8) |
| **Wedding rings**<br>Line from *Schedule A/B:* **12.1** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§** 42.001(a)(1), (2), 42.002(a)(6) |
| **Misc. jewelry**<br>Line from *Schedule A/B:* **12.2** | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§** 42.001(a)(1), (2), 42.002(a)(6) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Noah Elias Weiss**
Debtor 2  *Joyce Resian Kimojino-Weiss*                                              Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking account: BeCU Checking account ending in 3205 Student Loan Proceeds** Line from *Schedule A/B*: **17.7** | $5,507.56 | ■ $5,507.56  ☐ 100% of fair market value, up to any applicable statutory limit | 20 U.S.C. § 1095a(d) |
| **Savings: BeCU Savings account ending in 3172 Student Loan proceeds** Line from *Schedule A/B*: **17.8** | $2,409.75 | ■ $2,409.75  ☐ 100% of fair market value, up to any applicable statutory limit | 20 U.S.C. § 1095a(d) |
| **Retirement: Icon IRA** Line from *Schedule A/B*: **21.1** | $5,209.21 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| **Retirement: Fidelity 401(k)** Line from *Schedule A/B*: **21.2** | $33,874.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| **Insurance: Northwestern Mutual Whole-Life Policy** Line from *Schedule A/B*: **31.1** | $48,419.63 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code § 1108.051 |
| **Insurance: Renters Insurance** Line from *Schedule A/B*: **31.2** | $0.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code § 1108.051 |
| **Insurance: Term Life Insurance No cash value** Line from *Schedule A/B*: **31.3** | $0.00 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code § 1108.051 |
| **HSA from Splunk/Cisco Fidelity** Line from *Schedule A/B*: **31.4** | $3,219.83 | ■ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code § 1108.051 |

3.  **Are you claiming a homestead exemption of more than $214,000?**
     (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

     ■  No

     ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

          ☐  No
          ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |

| 2.1 **Mr Cooper** | Describe the property that secures the claim: | $273,670.41 | $145,000.00 | $128,670.41 |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

Interest in Joint Venture with Alpha Geek Capital, a California LLC; Joint Venture owns real property located at 4744 Avenida La Flora Deiserta, Joshua Tree, CA and operates as an AIRBnB; titled in individual name
50%

**PO Box 818060**
**5801 Postal Road**
**Cleveland, OH 44181**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $273,670.41 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $273,670.41 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** Priority Creditor's Name | Last 4 digits of account number ____ | | |
| | | | $0.00 | $0.00 | $0.00 |

**2.1** **Internal Revenue Service**
Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Last 4 digits of account number ____ ____ ____ ____    Total claim **$0.00**  Priority amount **$0.00**  Nonpriority amount **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____    **Notice only**

Debtor 1   **Noah Elias Weiss**
Debtor 2   **Joyce Resian Kimojino-Weiss**                                      Case number (if known) _____

| 2.2 | **Missouri Department of Revenue** | Last 4 digits of account number ____ ____ ____ ____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy Unit**
**301 W High Street**
**PO Box 475**
**Jefferson City, MO 65105**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                          **Notice only**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |

| 4.1 | **ABT Properties LLC** | Last 4 digits of account number ____ ____ ____ ____ | $13,337.00 |

Nonpriority Creditor's Name
**738 Southern Hills Drive**
**Eureka, MO 63025**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Lease of real property**

---

Debtor 1  **Noah Elias Weiss**
Debtor 2  **Joyce Resian Kimojino-Weiss**                                    Case number (if known) _____

| 4.2 | **ACT Communications** | Last 4 digits of account number  **7287** | **$4,405.00** |

Nonpriority Creditor's Name
**222 North Center Street**
**Bonham, TX 75418**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business vendor**
**Disputed personal liability**

---

| 4.3 | **Amazon Prime (Chase)** | Last 4 digits of account number  **5991** | **$234.32** |

Nonpriority Creditor's Name

**410 Terry Avenue North**
**Seattle, WA 98109**

When was the debt incurred?  **Date Opened: 06/1/2020 Last Used: 07/31/2025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

| 4.4 | **American Express** | Last 4 digits of account number  **2009** | **$8,246.07** |

Nonpriority Creditor's Name
**200 Vesey Street**
**New York, NY 10285**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

Debtor 1  **Noah Elias Weiss**
Debtor 2  **Joyce Resian Kimojino-Weiss**                          Case number (if known) _____

---

| 4.5 | **American Express** | Last 4 digits of account number | **4098** | $31,584.62 |

Nonpriority Creditor's Name

**200 Vesey Street**
**New York, NY 10285**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt with personal guarantee**

---

| 4.6 | **American Express** | Last 4 digits of account number | **2004** | $273.60 |

Nonpriority Creditor's Name

**200 Vesey Street**
**New York, NY 10285**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  **Date Opened: 01/1/2022 Last Used: 08/11/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

| 4.7 | **American Express Amazon** | Last 4 digits of account number | **1008** | $3,271.06 |

Nonpriority Creditor's Name

**PO Box 96001**
**Los Angeles, CA 90096-8000**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**                                   Case number (if known) _____

| 4.8 | **Americom Imaging Systems** | Last 4 digits of account number   **3716** | $1,540.60 |

Nonpriority Creditor's Name
**10352 Lake Bluff Drive**
**Saint Louis, MO 63123**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business vendor**
**Disputed personal liability**

---

| 4.9 | **Apple (Morgan Stanley)** | Last 4 digits of account number   **4008** | $4,618.58 |

Nonpriority Creditor's Name

**One Apple Park Way**
**Cupertino, CA 95014**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?  **Date Opened: 05/1/2020 Last Used: 08/11/2025**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit card purchases**
**Personal and Business debt**

---

| 4.10 | **Arnold Public Water** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**PO Box 646**
**Arnold, MO 63010**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business vendor**
**Disputed personal liability**

---

Debtor 1   **Noah Elias Weiss**
Debtor 2   **Joyce Resian Kimojino-Weiss**                                    Case number (if known) _____

| 4.1 1 | **Ascentium Capital** | Last 4 digits of account number | **5329** | | $120,000.00 |

Nonpriority Creditor's Name
**23970 US-59**
**Kingwood, TX 77339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business loan**
     **Personal liability**

---

| 4.1 2 | **Ascentium Capital** | Last 4 digits of account number | | | $3,158.90 |

Nonpriority Creditor's Name
**23970 US-59**
**Kingwood, TX 77339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business loan**
     **Personal liability**

---

| 4.1 3 | **AT&T** | Last 4 digits of account number | | | $340.98 |

Nonpriority Creditor's Name
**208 S. Akard Street**
**Dallas, TX 75202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business vendor**
     **Disputed personal liability**

---

Debtor 1   **Noah Elias Weiss**
Debtor 2   **Joyce Resian Kimojino-Weiss**                                    Case number (*if known*) _____

---

| 4.1 4 | **Bank of America** | Last 4 digits of account number | **3713** | **$28,212.13** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**100 North Tryon Street**
**Charlotte, NC 28255**

When was the debt incurred?   **Date Opened: 01/1/2015 Last Used: 07/16/2025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.1 5 | **Best Buy (Citi)** | Last 4 digits of account number | **6591** | **$163.94** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**7601 Penn Ave S**
**Minneapolis, MN 55423**

When was the debt incurred?   **Date Opened:  Last Used: 07/31/2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.1 6 | **Capital One Quicksilver** | Last 4 digits of account number | **7577** | **$5,324.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1600 Capital One Dr**
**McLean, VA 22102**

When was the debt incurred?   **Date Opened: 08/1/2023 Last Used: 08/1/2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**
**Personal and business debt**

---

Debtor 1  **Noah Elias Weiss**
Debtor 2  **Joyce Resian Kimojino-Weiss**                                         Case number (*if known*) _____

---

| 4.1 7 | **Capital One Venture Card** | Last 4 digits of account number | **0876** | **$17,914.68** |

Nonpriority Creditor's Name

**1600 Capital One Dr**
**McLean, VA 22102**

When was the debt incurred?    **Date Opened: 01/1/2019 Last Used: 07/30/2025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Credit card purchases**

---

| 4.1 8 | **Central Research Inc.** | Last 4 digits of account number | **9515** | **$23,888.64** |

Nonpriority Creditor's Name
**106 N. Bloomington Street S**
**Lowell, AR 72745**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
■ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☐ Other. Specify    **Student Loan**

---

| 4.1 9 | **Chase United Explorer Card** | Last 4 digits of account number | **0472** | **$4,316.49** |

Nonpriority Creditor's Name

**270 Park Avenue**
**New York, NY 10017**

When was the debt incurred?    **Date Opened: 04/1/2019 Last Used: 08/14/2025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Credit card purchases**
                    **Business and personal**

---

Debtor 1  **Noah Elias Weiss**
Debtor 2  **Joyce Resian Kimojino-Weiss**                        Case number *(if known)* _____

---

**4.20**

**Citi Double Cash**                        Last 4 digits of account number  **4773**                  **$9,405.81**
Nonpriority Creditor's Name

**388 Greenwich St**                        When was the debt incurred?  **Date Opened: 01/1/2023 Last**
**New York, NY 10013**                                                   **Used: 08/12/2025**
Number Street City State Zip Code
Who incurred the debt? Check one.         As of the date you file, the claim is: Check that apply

☐ Debtor 1 only
☐ Debtor 2 only                           ☐ Contingent
■ Debtor 1 and Debtor 2 only              ☐ Unliquidated
☐ At least one of the debtors and another ☐ Disputed
☐ **Check if this claim is for a community** Type of NONPRIORITY unsecured claim:
**debt**                                  ☐ Student loans
Is the claim subject to offset?           ☐ Obligations arising out of a separation agreement or divorce that you did not
                                          report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify  **Credit card purchases**

---

**4.21**

**Citi Strata**                           Last 4 digits of account number  **3182**                  **$1,812.40**
Nonpriority Creditor's Name

**388 Greenwich St**                      When was the debt incurred?  **Date Opened: 01/1/2020 Last**
**New York, NY 10013**                                                 **Used: 08/12/2025**
Number Street City State Zip Code
Who incurred the debt? Check one.         As of the date you file, the claim is: Check that apply

☐ Debtor 1 only
■ Debtor 2 only                           ☐ Contingent
☐ Debtor 1 and Debtor 2 only              ☐ Unliquidated
☐ At least one of the debtors and another ☐ Disputed
☐ **Check if this claim is for a community** Type of NONPRIORITY unsecured claim:
**debt**                                  ☐ Student loans
Is the claim subject to offset?           ☐ Obligations arising out of a separation agreement or divorce that you did not
                                          report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify  **Credit card purchases**

---

**4.22**

**Dobbs**                                 Last 4 digits of account number  **7661**                  **$427.46**
Nonpriority Creditor's Name
**1983 Brennan Plaza**
**High Ridge, MO 63049**                  When was the debt incurred?  _____
Number Street City State Zip Code
Who incurred the debt? Check one.         As of the date you file, the claim is: Check that apply

☐ Debtor 1 only
☐ Debtor 2 only                           ■ Contingent
☐ Debtor 1 and Debtor 2 only              ☐ Unliquidated
■ At least one of the debtors and another ☐ Disputed
☐ **Check if this claim is for a community** Type of NONPRIORITY unsecured claim:
**debt**                                  ☐ Student loans
Is the claim subject to offset?           ☐ Obligations arising out of a separation agreement or divorce that you did not
                                          report as priority claims
■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify  **Business vendor**
                                                            **Disputed personal liability**

---

Debtor 1  **Noah Elias Weiss**
Debtor 2  **Joyce Resian Kimojino-Weiss**                    Case number (if known) _____

---

| 4.2 3 | |
|---|---|

**Echo Electric**                          Last 4 digits of account number _____          **$12,921.98**
Nonpriority Creditor's Name
**1702 Chase Drive**                        When was the debt incurred? _____
**Fenton, MO 63026**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
☐ **No**                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                            **Business vendor**
☐ Yes                                       ■ Other. Specify  **Disputed personal liability**

---

| 4.2 4 | |
|---|---|

**Echo Electric**                          Last 4 digits of account number _____          **$165.83**
Nonpriority Creditor's Name
**1702 Chase Drive**                        When was the debt incurred? _____
**Fenton, MO 63026**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                             ■ Contingent
☐ Debtor 2 only                             ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                ■ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ **No**                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                            **Business vendor**
☐ Yes                                       ■ Other. Specify  **Disputed personal liability**

---

| 4.2 5 | |
|---|---|

**First Internet Bank**                     Last 4 digits of account number  **6342**             **$2,944,476.12**
Nonpriority Creditor's Name
**8701 E 116th St**                         When was the debt incurred?  **02/1/2024**
**Fishers, IN 46038**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                ☐ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
☐ **No**                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                            **Business debt**
☐ Yes                                       ■ Other. Specify  **Personal guarantee**

---

Debtor 1   **Noah Elias Weiss**
Debtor 2   **Joyce Resian Kimojino-Weiss**                              Case number (if known) _____

---

| 4.2 6 | **First Internet Bank** | | **Last 4 digits of account number**   **1465** | | **$22,011.22** |

Nonpriority Creditor's Name

**8701 E 116th St
Fishers, IN 46038**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   Date Opened: 02/1/2024 Last Used: 01/1/2025

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **FIB Card associated with loan account Business debt Personal guarantee**

---

| 4.2 7 | **Hatch** | | **Last 4 digits of account number** _____ | | **$4,527.00** |

Nonpriority Creditor's Name

**600 Broadway, 2nd Floor
New York, NY 10012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business vendor Disputed personal liability**

---

| 4.2 8 | **HD Supply/HD Pro** | | **Last 4 digits of account number** _____ | | **$697.23** |

Nonpriority Creditor's Name

**13345 Lakefront Drive
Earth City, MO 63045**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business vendor Disputed personal liability**

---

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**

Case number (if known) _____

| 4.29 | **HomeYou** | Last 4 digits of account number _____ | **$50.00** |

Nonpriority Creditor's Name

**400 Tradecenter Drive**
**Woburn, MA 01801**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business vendor**
  **Disputed personal liability**

---

| 4.30 | **HWP Rigging** | Last 4 digits of account number **0641** | **$8,350.00** |

Nonpriority Creditor's Name

**5484 Brown Avenue**
**Saint Louis, MO 63120**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business vendor**
  **Disputed personal guaranty**

---

| 4.31 | **Icon** | Last 4 digits of account number _____ | **$50.00** |

Nonpriority Creditor's Name

**1852 FM 878**
**Lavon, TX 75166**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business vendor**
  **Disputed personal liability**

---

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**                                    Case number (if known) _____

| 4.3 2 | **Inventory Sales Co.** | Last 4 digits of account number    **4125** | **$334.15** |

Nonpriority Creditor's Name

**9777 Reavis Road**
**Saint Louis, MO 63123**                                When was the debt incurred?    _____
Number Street City State Zip Code

Who incurred the debt? Check one.                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                          ☐ Contingent
☐ Debtor 1 and Debtor 2 only                             ☐ Unliquidated
■ At least one of the debtors and another                ☐ Disputed

☐ **Check if this claim is for a community**             Type of NONPRIORITY unsecured claim:
**debt**                                                 ☐ Student loans
Is the claim subject to offset?                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                         report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify    **Business vendor**
                                                                             **Disputed personal liability**

---

| 4.3 3 | **Master Benefits Group** | Last 4 digits of account number    **7193** | **$3,850.00** |

Nonpriority Creditor's Name

**11166 Tesson Ferry Road**
**Saint Louis, MO 63123**                                When was the debt incurred?    _____
Number Street City State Zip Code

Who incurred the debt? Check one.                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                          ■ Contingent
☐ Debtor 1 and Debtor 2 only                             ☐ Unliquidated
■ At least one of the debtors and another                ☐ Disputed

☐ **Check if this claim is for a community**             Type of NONPRIORITY unsecured claim:
**debt**                                                 ☐ Student loans
Is the claim subject to offset?                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                         report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify    **Business vendor**
                                                                             **Disputed personal liability**

---

| 4.3 4 | **Metro Electric Supply** | Last 4 digits of account number    **9745** | **$32,917.39** |

Nonpriority Creditor's Name

**6801 Hoffman Ave**
**Saint Louis, MO 63139**                                When was the debt incurred?    _____
Number Street City State Zip Code

Who incurred the debt? Check one.                        As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                          ☐ Contingent
☐ Debtor 1 and Debtor 2 only                             ☐ Unliquidated
■ At least one of the debtors and another                ☐ Disputed

☐ **Check if this claim is for a community**             Type of NONPRIORITY unsecured claim:
**debt**                                                 ☐ Student loans
Is the claim subject to offset?                          ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                         report as priority claims
■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify    **Business vendor**
                                                                             **Disputed personal liability**

---

Debtor 1   **Noah Elias Weiss**
Debtor 2   **Joyce Resian Kimojino-Weiss**                          Case number (if known) _____

| 4.3 5 | **Metro Electric Supply** | Last 4 digits of account number _____ | $1,519.84 |

Nonpriority Creditor's Name
**6801 Hoffman Ave**
**Saint Louis, MO 63139**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Vendor**
**Disputed personal liability**

---

| 4.3 6 | **OnDeck** | Last 4 digits of account number **2776** | $240,084.81 |

Nonpriority Creditor's Name
**4700 W. Daybreak Pkwy.**
**Ste. 200**
**South Jordan, UT 84009**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business loan**
**Personal Guaranty**

---

| 4.3 7 | **QuikTrip (WEX)** | Last 4 digits of account number _____ | $2,891.02 |

Nonpriority Creditor's Name

**4705 S 129th E Ave**
**Tulsa, OK 74134**
Number Street City State Zip Code

When was the debt incurred?   **Date Opened: 02/1/2024 Last Used: 04/1/2025**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**
**Credit card purchases**

---

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**                                    Case number (if known) _____

| 4.3 8 | **Ramp Credit Card** | Last 4 digits of account number _____ | **$50,883.74** |

Nonpriority Creditor's Name
**23 West 23rd Street**
**New York, NY 10010**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Other. Specify   **Business credit card** _____

---

| 4.3 9 | **Republic Services** | Last 4 digits of account number **3087** | **$474.07** |

Nonpriority Creditor's Name
**7151 N. Market Street**
**Saint Louis, MO 63133**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Other. Specify   **Business vendor**
**Disputed personal liability** _____

---

| 4.4 0 | **SC Electric** | Last 4 digits of account number _____ | **$208.44** |

Nonpriority Creditor's Name
**2455 Raymond Drive**
**Saint Charles, MO 63301**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Other. Specify   **Business vendor**
**Disputed personal liability** _____

---

Debtor 1   **Noah Elias Weiss**
Debtor 2   **Joyce Resian Kimojino-Weiss**                                   Case number (if known) _____

| 4.4 1 | **Small Business Administration** | Last 4 digits of account number **4328** | **$0.00** |

Nonpriority Creditor's Name
**1222 Spruce St**
**RM 10.103**
**St. Louis, MO 63103**

When was the debt incurred? **02/1/2024**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**
**Personal Guarantee**
**Same debt as First Internet Bank**

---

| 4.4 2 | **SnapCom** | Last 4 digits of account number | **$208.44** |

Nonpriority Creditor's Name
**12444 Powerscourt Drive**
**Suite 270**
**Saint Louis, MO 63131**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business vendor**
**Disputed personal liability**

---

| 4.4 3 | **SSM Health St Mary's Hospital** | Last 4 digits of account number | **$671.30** |

Nonpriority Creditor's Name
**6420 Clayton Road**
**St. Louis, MO 63117**

When was the debt incurred? **06/27/2025**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**                    Case number (*if known*) _____

| 4.4 4 | **Target (TD Bank)** | | | | | |
|---|---|---|---|---|---|---|

| | Last 4 digits of account number | **9528** | | | $94.72 |

Nonpriority Creditor's Name

**1000 Nicollet Mall**
**Minneapolis, MN 55403**

When was the debt incurred?    **Date Opened: 01/1/2024 Last Used: 08/11/2025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ At least one of the debtors and another    ☐ Disputed

■ **Check if this claim is for a  community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Credit card purchases**

---

| 4.4 5 | **Timothy O'Dell** | | | | | |
|---|---|---|---|---|---|---|

| | Last 4 digits of account number | | | | $350,000.00 |

Nonpriority Creditor's Name

**738 Southern Hills Drive**
**Eureka, MO 63025**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only    ■ Contingent

☐ Debtor 2 only    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Membership Interest Purchase Agreement Business debt**

---

| 4.4 6 | **Trimble** | | | | | |
|---|---|---|---|---|---|---|

| | Last 4 digits of account number | **4103** | | | $1,540.21 |

Nonpriority Creditor's Name

**10368 Westmoor Drive**
**Broomfield, CO 80021**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only    ■ Contingent

☐ Debtor 2 only    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only    ☐ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Business vendor Disputed personal liability**

---

Debtor 1   **Noah Elias Weiss**
Debtor 2   **Joyce Resian Kimojino-Weiss**                     Case number (if known) _____

---

| 4.47 | **US Bank** | | **$10,528.55** |
|---|---|---|---|

Nonpriority Creditor's Name

**800 Nicollet Mall**
**Minneapolis, MN 55402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    Date Opened: 05/1/2024 Last Used: 09/1/2024

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt with personal guarantee**

---

| 4.48 | **US Bank Altitude** | | **$11,276.78** |
|---|---|---|---|

Nonpriority Creditor's Name

**800 Nicollet Mall**
**Minneapolis, MN 55402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    Date Opened: 11/1/2024 Last Used: 05/5/2025

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt with personal guarantee**

---

| 4.49 | **US Bank Altitude Card** | | **$11,081.78** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 790408**
**Saint Louis, MO 63179-0408**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 1173

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**
**Business debt**

---

Debtor 1  **Noah Elias Weiss**
Debtor 2  **Joyce Resian Kimojino-Weiss**                                    Case number *(if known)* _____

| 4.5 0 | **US Bank Platinum Card** | Last 4 digits of account number | **9648** | **$10,528.55** |

Nonpriority Creditor's Name
**PO Box 790408**
**Saint Louis, MO 63179-0408**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**
                    **Business debt**

---

| 4.5 1 | **Wells Fargo** | Last 4 digits of account number | **5575** | **$6,625.20** |

Nonpriority Creditor's Name

**420 Montgomery Street**
**San Francisco, CA 94163**

When was the debt incurred?    **Date Opened: 01/1/2024 Last Used: 01/1/2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**
                    **Business and personal**

---

| 4.5 2 | **Wells Fargo** | Last 4 digits of account number | **1220** | **$12,159.11** |

Nonpriority Creditor's Name
**420 Montgomery Street**
**San Francisco, California 94163, CA 94163**

When was the debt incurred?    **Date Opened: 06/1/2024 Last Used: 10/12/2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**
                    **Business and personal**

---

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**                    Case number (if known) _____

---

| 4.5 3 | **WEX Fleet Card** | Last 4 digits of account number  **8718** | **$0.00** |

Nonpriority Creditor's Name
**1 Hancock Street**
**Portland, ME 04101**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.5 4 | **Xodo Sign** | Last 4 digits of account number | **$49.99** |

Nonpriority Creditor's Name
**Elisabethstrasse 15/5A+5B**
**1010 Vienna Austria**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business vendor**
**Disputed personal liability**

---

| 4.5 5 | **Zvi Isreal Weiss & Debra Weiss & Trust** | Last 4 digits of account number | **$5,297.85** |

Nonpriority Creditor's Name
**939 Coast Blvd #7A**
**La Jolla, CA 92037**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Loan from parents**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

---

Debtor 1   **Noah Elias Weiss**

Debtor 2   **Joyce Resian Kimojino-Weiss**                    Case number (if known) _____

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Daniel E. Diemer**<br>**225 S. Meramac**<br>**Suite 528**<br>**Saint Louis, MO 63105** | Line **4.45** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Daniel E. Diemer**<br>**225 S. Meramac**<br>**Suite 528**<br>**Saint Louis, MO 63105** | Line **4.1** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Stephen S. Allen**<br>**9777 Mount Pyramid Court**<br>**Suite 220**<br>**Englewood, CO 80112** | Line **4.36** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 23,888.64 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,005,062.96 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 4,028,951.60 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Noah Elias Weiss** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **MCKENZIE STL LLC**<br>**PO BOX 46732**<br>**Saint Louis, MO 63146** | **Monthly Costs: Base Rent: $1906 Amenity Fee (Mandatory): $140 Parking: $100** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?    **Texas**    . Fill in the name and current address of that person.
        **Joyce Resian Kimojino-Weiss**
        **8400 Delmar Blvd, Apt 148**
        **St Louis, MO 63124**
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

        In which community state or territory did you live?    **Texas**    . Fill in the name and current address of that person.
        **Noah Elias Weiss**
        **8400 Delmar Blvd, Apt 148**
        **St Louis, MO 63124**
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1   **Alpha Geek Capital LLC** <br> **60547 Latham Trail** <br> **Joshua Tree, CA 92252** | ■ Schedule D, line   **2.1** <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Mr Cooper** |

Debtor 1   **Noah Elias Weiss**
           **Joyce Resian Kimojino-Weiss**                          Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

**3.2**   **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.1**___
☐ Schedule G _____
**ABT Properties LLC**

**3.3**   **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.5**___
☐ Schedule G _____
**American Express**

**3.4**   **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.10**___
☐ Schedule G _____
**Arnold Public Water**

**3.5**   **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.7**___
☐ Schedule G _____
**American Express Amazon**

**3.6**   **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.8**___
☐ Schedule G _____
**Americom Imaging Systems**

**3.7**   **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**Apple (Morgan Stanley)**

**3.8**   **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**Ascentium Capital**

**3.9**   **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**Ascentium Capital**

Debtor 1  **Noah Elias Weiss**
**Joyce Resian Kimojino-Weiss**                                     Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.10  **First WCG, Inc.**
☐ Schedule D, line _____
■ Schedule E/F, line ___4.13___
☐ Schedule G _____
**AT&T**

3.11  **First WCG, Inc.**
☐ Schedule D, line _____
■ Schedule E/F, line ___4.2___
☐ Schedule G _____
**ACT Communications**

3.12  **First WCG, Inc.**
☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**Capital One Quicksilver**

3.13  **First WCG, Inc.**
☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**Chase United Explorer Card**

3.14  **First WCG, Inc.**
☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
**Dobbs**

3.15  **First WCG, Inc.**
☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Echo Electric**

3.16  **First WCG, Inc.**
☐ Schedule D, line _____
■ Schedule E/F, line ___4.24___
☐ Schedule G _____
**Echo Electric**

3.17  **First WCG, Inc.**
☐ Schedule D, line _____
■ Schedule E/F, line ___4.25___
☐ Schedule G _____
**First Internet Bank**

Debtor 1  **Noah Elias Weiss**
          **Joyce Resian Kimojino-Weiss** _____    Case number *(if known)* _____

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.18 | **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**First Internet Bank** |
| 3.19 | **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Hatch** |
| 3.20 | **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**HD Supply/HD Pro** |
| 3.21 | **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**HomeYou** |
| 3.22 | **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**HWP Rigging** |
| 3.23 | **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Icon** |
| 3.24 | **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**Inventory Sales Co.** |
| 3.25 | **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Master Benefits Group** |

Debtor 1  **Noah Elias Weiss**
**Joyce Resian Kimojino-Weiss**                           Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.26  **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.34__
☐ Schedule G _____
**Metro Electric Supply**

3.27  **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.35__
☐ Schedule G _____
**Metro Electric Supply**

3.28  **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**OnDeck**

3.29  **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.37__
☐ Schedule G _____
**QuikTrip (WEX)**

3.30  **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
**Ramp Credit Card**

3.31  **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.39__
☐ Schedule G _____
**Republic Services**

3.32  **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.40__
☐ Schedule G _____
**SC Electric**

3.33  **First WCG, Inc.**

☐ Schedule D, line _____
■ Schedule E/F, line __4.41__
☐ Schedule G _____
**Small Business Administration**

Debtor 1    **Noah Elias Weiss**
**Joyce Resian Kimojino-Weiss**        Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.34    **First WCG, Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.42** <br> ☐ Schedule G _____ <br> **SnapCom** |
| 3.35    **First WCG, Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.45** <br> ☐ Schedule G _____ <br> **Timothy O'Dell** |
| 3.36    **First WCG, Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.46** <br> ☐ Schedule G _____ <br> **Trimble** |
| 3.37    **First WCG, Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.47** <br> ☐ Schedule G _____ <br> **US Bank** |
| 3.38    **First WCG, Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.48** <br> ☐ Schedule G _____ <br> **US Bank Altitude** |
| 3.39    **First WCG, Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.49** <br> ☐ Schedule G _____ <br> **US Bank Altitude Card** |
| 3.40    **First WCG, Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.50** <br> ☐ Schedule G _____ <br> **US Bank Platinum Card** |
| 3.41    **First WCG, Inc.** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.51** <br> ☐ Schedule G _____ <br> **Wells Fargo** |

Debtor 1    **Noah Elias Weiss**
**Joyce Resian Kimojino-Weiss**    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.42   **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.52**___<br>☐ Schedule G _____<br>**Wells Fargo** |
| 3.43   **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.53**___<br>☐ Schedule G _____<br>**WEX Fleet Card** |
| 3.44   **First WCG, Inc.** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.54**___<br>☐ Schedule G _____<br>**Xodo Sign** |
| 3.45   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.5**___<br>☐ Schedule G _____<br>**American Express** |
| 3.46   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.47**___<br>☐ Schedule G _____<br>**US Bank** |
| 3.47   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.48**___<br>☐ Schedule G _____<br>**US Bank Altitude** |
| 3.48   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.41**___<br>☐ Schedule G _____<br>**Small Business Administration** |
| 3.49   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.45**___<br>☐ Schedule G _____<br>**Timothy O'Dell** |

| Debtor 1 | **Noah Elias Weiss** | Case number *(if known)* | |
| | **Joyce Resian Kimojino-Weiss** | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.50   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Metro Electric Supply** |
| 3.51   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Echo Electric** |
| 3.52   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**US Bank Platinum Card** |
| 3.53   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**HWP Rigging** |
| 3.54   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Hatch** |
| 3.55   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**ACT Communications** |
| 3.56   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Master Benefits Group** |
| 3.57   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**American Express Amazon** |

Debtor 1  **Noah Elias Weiss**
**Joyce Resian Kimojino-Weiss**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.58  **Wired Electric, LLC**
☐ Schedule D, line _____
■ Schedule E/F, line   **4.12**
☐ Schedule G _____
**Ascentium Capital**

3.59  **Wired Electric, LLC**
☐ Schedule D, line _____
■ Schedule E/F, line   **4.53**
☐ Schedule G _____
**WEX Fleet Card**

3.60  **Wired Electric, LLC**
☐ Schedule D, line _____
■ Schedule E/F, line   **4.8**
☐ Schedule G _____
**Americom Imaging Systems**

3.61  **Wired Electric, LLC**
☐ Schedule D, line _____
■ Schedule E/F, line   **4.46**
☐ Schedule G _____
**Trimble**

3.62  **Wired Electric, LLC**
☐ Schedule D, line _____
■ Schedule E/F, line   **4.28**
☐ Schedule G _____
**HD Supply/HD Pro**

3.63  **Wired Electric, LLC**
☐ Schedule D, line _____
■ Schedule E/F, line   **4.39**
☐ Schedule G _____
**Republic Services**

3.64  **Wired Electric, LLC**
☐ Schedule D, line _____
■ Schedule E/F, line   **4.22**
☐ Schedule G _____
**Dobbs**

3.65  **Wired Electric, LLC**
☐ Schedule D, line _____
■ Schedule E/F, line   **4.13**
☐ Schedule G _____
**AT&T**

Debtor 1    **Noah Elias Weiss**
**Joyce Resian Kimojino-Weiss**                      Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.66   **Wired Electric, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.32__
☐ Schedule G _____
**Inventory Sales Co.**

---

3.67   **Wired Electric, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.42__
☐ Schedule G _____
**SnapCom**

---

3.68   **Wired Electric, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.24__
☐ Schedule G _____
**Echo Electric**

---

3.69   **Wired Electric, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.40__
☐ Schedule G _____
**SC Electric**

---

3.70   **Wired Electric, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.31__
☐ Schedule G _____
**Icon**

---

3.71   **Wired Electric, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.29__
☐ Schedule G _____
**HomeYou**

---

3.72   **Wired Electric, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**Xodo Sign**

---

3.73   **Wired Electric, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**Arnold Public Water**

---

Debtor 1    **Noah Elias Weiss**
**Joyce Resian Kimojino-Weiss** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.74   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**ABT Properties LLC** |
| 3.75   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Apple (Morgan Stanley)** |
| 3.76   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Ascentium Capital** |
| 3.77   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Capital One Quicksilver** |
| 3.78   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Chase United Explorer Card** |
| 3.79   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**First Internet Bank** |
| 3.80   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**First Internet Bank** |
| 3.81   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Metro Electric Supply** |

Debtor 1    **Noah Elias Weiss**
**Joyce Resian Kimojino-Weiss**      Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.82   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**OnDeck** |
| 3.83   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**QuikTrip (WEX)** |
| 3.84   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**Ramp Credit Card** |
| 3.85   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**US Bank Altitude Card** |
| 3.86   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Wells Fargo** |
| 3.87   **Wired Electric, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.52__<br>☐ Schedule G _____<br>**Wells Fargo** |

Official Form 106H      Schedule H: Your Codebtors      Page 12 of 12

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| Debtor 2 (Spouse, if filing) | **Joyce Resian Kimojino-Weiss** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **General Manager** | **Student/Mystery Shopper** |
| **Employer's name** | **Innovate Electric** | |
| **Employer's address** | **13730 Shoreline Ct E<br>Earth City, MO 63045** | |
| **How long employed there?** | **5 Months** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,416.67** | $ **100.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **5,416.67** | $ **100.00** |

Debtor 1  **Noah Elias Weiss**
Debtor 2  **Joyce Resian Kimojino-Weiss**                                    Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ **5,416.67** | $ **100.00** |

5.  **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **777.57** | $ **0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. **Insurance** | 5e. | $ **777.57** | $ **0.00** |
| 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. **Other deductions.** Specify: **Voluntary Life Self and Spouse** | 5h.+ | $ **14.65** + | $ **0.00** |

6.  **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.   $ **1,569.79**   $ **0.00**

7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **3,846.88**   $ **100.00**

8.  **List all other income regularly received:**

8a.  **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.                                            8a.   $ **0.00**   $ **0.00**

8b.  **Interest and dividends**                                              8b.   $ **3.00**   $ **0.00**

8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.                      8c.   $ **0.00**   $ **0.00**

8d.  **Unemployment compensation**                                           8d.   $ **0.00**   $ **0.00**

8e.  **Social Security**                                                     8e.   $ **0.00**   $ **0.00**

8f.  **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:                                                                     8f.   $ **0.00**   $ **0.00**

8g.  **Pension or retirement income**                                        8g.   $ **0.00**   $ **0.00**

8h.  **Other monthly income.** Specify: **Joint Venture**                    8h.+  $ **600.00** +  $ **0.00**

9.  **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **603.00**   $ **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **4,449.88** + $ **100.00** = $ **4,549.88**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ **4,549.88**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐  No.
■  Yes. Explain: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| Debtor 2 (Spouse, if filing) | **Joyce Resian Kimojino-Weiss** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☒ Yes. **Does Debtor 2 live in a separate household?**

      ☒ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☒ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,906.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1   **Noah Elias Weiss**
Debtor 2   **Joyce Resian Kimojino-Weiss**                        Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.   Electricity, heat, natural gas | 6a. | $ | 110.00 |
| | 6b.   Water, sewer, garbage collection | 6b. | $ | 140.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 84.00 |
| | 6d.   Other. Specify:  **Parking** | 6d. | $ | 100.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 750.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 200.00 |
| 10. | **Personal care products and services** | 10. | $ | 150.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 175.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 450.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.   Life insurance | 15a. | $ | 0.00 |
| | 15b.   Health insurance | 15b. | $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. | $ | 143.00 |
| | 15d.   Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **Personal Property Taxes** | 16. | $ | 35.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c.   Other. Specify:  **Best Buy Tablet Financing** | 17c. | $ | 40.00 |
| | 17d.   Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a.   Mortgages on other property | 20a. | $ | 0.00 |
| | 20b.   Real estate taxes | 20b. | $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 4,483.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 4,483.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,549.88 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 4,483.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 66.88 |

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.     Explain here: **Husband lives in St. Louis. Wife is in Seattle to attend graduate school. Her expenses are paid through a student loan.**

### Business Rental Income and Expenses

| | |
|---|---|
| Gross Income | $4,600.00 |
| Mortgages/Tax/Insurance (Approximate) | -$1,800.00 |
| Maintenance and repairs (Approximate) | -$2,200.00 |
| | $600.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Noah Elias Weiss** | X **/s/ Joyce Resian Kimojino-Weiss** |
|---|---|
| **Noah Elias Weiss** | **Joyce Resian Kimojino-Weiss** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **October 15, 2025** | Date **October 15, 2025** |

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Noah Elias Weiss** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **40 N Euclid Ave Apt 614 Saint Louis, MO 63108** | From-To: **1/2024 - 4/2025** | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |
| **3000 Kramer Lane Apt 1245 Austin, TX 78758** | From-To: **4/2023 - 1/2024** | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |
| **3000 Kramer Lane Apt 1218 Austin, TX 78758** | From-To: **8/2021 - 4/2023** | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Noah Elias Weiss | | |
|---|---|---|---|
| Debtor 2 | Joyce Resian Kimojino-Weiss | Case number (if known) | |

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $30,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $43,076.99 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $76,959.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $1,156.00 |
| | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $77,715.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $1,156.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $109,647.00 | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $8,877.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Vacation home on Airbnb when not in use. | $3,604.35 | | |
| | Minimal interest on yield-bearing accounts | $231.99 | | |

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**                                    Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| | **IRA Distributions** | $6,000.00 | | |
| **For last calendar year:** (January 1 to December 31, 2024 ) | **Vacation home on Airbnb when not in use.** | $6,006.07 | | |
| | | $0.00 | **Mystery Shopping** | $1,156.00 |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | **Federal Tax Return** | $6,541.00 | | |
| | **Vacation home on Airbnb when not in use.** | $9,713.18 | | |
| | | $0.00 | **Social Media Companies** | $3,060.00 |
| | | $0.00 | **Mystery Shopping** | $5,817.00 |

---

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

| Debtor 1 | **Noah Elias Weiss** | |
|---|---|---|
| Debtor 2 | **Joyce Resian Kimojino-Weiss** | Case number *(if known)* |

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **MSL FBO Zvi Israel  Weiss and Debra Sue Weiss Co-Trustee Weiss Family Trust U/T/A/ DTD 3/5/2001 and restated 3/5/2018 and Isreal and Debra Weiss La Jolla, CA 92037** | **3/10/25** | **$25,000.00** | **$0.00** | **Money owed for previously helping with living expenses** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **ABT Properties, LLC v. Wired Electic, LLC et al**<br>**25SL-AC27013** | **Rent and possession** | **21st Judicial Circuit**<br>**105 South Central Ave**<br>**Clayton, MO 63105** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Tim O'Dell v. First TCG, Inc. and Noah Weiss**<br>**25SL-AC28540** | **Breach of Contract** | **21st Judicial Circuit**<br>**105 South Central Ave**<br>**Clayton, MO 63105** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **ODK Capital LLC v. Wired Electic and Noah Weiss**<br>**259917558** | **Debt collection** | **Third Judicial District**<br>**Salt Lake County Disterct Court**<br>**450 US-89**<br>**Salt Lake City, UT 84111** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Tim O'Dell v. Wired Electric LLC and First WCG, In. and Noah Weiss**<br>**25SL-CC10922** | **Breach of Contract and Replevin** | **21st Judicial Circuit**<br>**105 South Central Ave**<br>**Clayton, MO 63105** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

| Debtor 1 | **Noah Elias Weiss** | |
|---|---|---|
| Debtor 2 | **Joyce Resian Kimojino-Weiss** | Case number *(if known)* |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per Person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Summers Compton Wells LLC<br>903 S Lindbergh Blvd Suite 200<br>Saint Louis, MO 63131<br>dasattymo@summerscomptonwells.com | Attorney Fees<br>For disclosure, Summers Compton Wells also had a separate representation of the business to assist in its winddown. | 4/8/2025;<br>9/30/2025<br>Plus filing fee | $9,662.00 |

Debtor 1   **Noah Elias Weiss**
Debtor 2   **Joyce Resian Kimojino-Weiss**                    Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Credit Counseling** | | **9/18/2025** | **$20.00** |
| **ccadvising.com** | | | |

17.   **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18.   **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19.   **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.   **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21.   **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**                              Case number *(if known)*

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City and State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City and State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1    **Noah Elias Weiss**
Debtor 2    **Joyce Resian Kimojino-Weiss**    Case number (*if known*)

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **First WCG Inc<br>2051 Bender Lane<br>Arnold, MO 63010** | **Holding company for Wired Electric LLC (EIN 45-3986545)**<br><br>**Enterprise Accounting Bob Kluge** | EIN:    **93-3724160**<br><br>From-To    **9/2023** |
| **Wired Electric LLC<br>2051 Bender Ln<br>Arnold, MO 63010** | **Electrical contracting company completing residential and light commercial jobs** | EIN:    **45-3986545**<br><br>From-To    **Founded 12/2011; acquired by First WCG 2/2024** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**

■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **First Internet Bank<br>8701 E 116th St<br>Fishers, IN 46038** | |
| **Small Business Administration<br>1222 Spruce St<br>RM 10.103<br>St. Louis, MO 63103** | |

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Noah Elias Weiss**                                    **/s/ Joyce Resian Kimojino-Weiss**
**Noah Elias Weiss**                                         **Joyce Resian Kimojino-Weiss**
**Signature of Debtor 1**                                  **Signature of Debtor 2**

Date    **October 15, 2025**                          Date    **October 15, 2025**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: <br> _____ | ☐ No <br><br> ☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Debtor 1    **Noah Elias Weiss**

Debtor 2    **Joyce Resian Kimojino-Weiss** _____    Case number (*if known*) _____

name:                                          ☐ Retain the property and redeem it.

Description of                                 ☐ Retain the property and enter into a        ☐ Yes
property                                             *Reaffirmation Agreement.*
securing debt:                                 ☐ Retain the property and [explain]:
                                                   _____

---

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Noah Elias Weiss** _____        X **/s/ Joyce Resian Kimojino-Weiss** _____
  **Noah Elias Weiss**                                 **Joyce Resian Kimojino-Weiss**
  Signature of Debtor 1                               Signature of Debtor 2

  Date    **October 15, 2025** _____            Date    **October 15, 2025** _____

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 2

**Fill in this information to identify your case:**

Debtor 1    **Noah Elias Weiss**

Debtor 2    **Joyce Resian Kimojino-Weiss**
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Missouri

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

     ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

   Debtor 1

   Gross receipts (before all deductions)    $ _____

   Ordinary and necessary operating expenses    -$ _____

   Net monthly income from a business, profession, or farm   $ _____   Copy here -> $ _____     $ _____

6. **Net income from rental and other real property**

   Debtor 1

   Gross receipts (before all deductions)    $ _____

   Ordinary and necessary operating expenses    -$ _____

   Net monthly income from rental or other real property   $ _____   Copy here -> $ _____     $ _____

7. **Interest, dividends, and royalties**      $ _____     $ _____

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Noah Elias Weiss**

Debtor 2  **Joyce Resian Kimojino-Weiss**                                    Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .............................................................. $ _____  _____

For your spouse .................................................. $ _____  _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ _____     $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

_____     $ _____     $ _____

_____     $ _____     $ _____

Total amounts from separate pages, if any.     + $ _____     $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  +  $ _____  =  $ _____

Total current monthly income

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ..................     Copy line 11 here=>     $ _____

Multiply by 12 (the number of months in a year)     **x 12**

12b. The result is your annual income for this part of the form     12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     _____

Fill in the number of people in your household.     _____

Fill in the median family income for your state and size of household. ..................     13.  $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*. Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*. Go to Part 3 and fill out Form 122A–2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Noah Elias Weiss**                          X **/s/ Joyce Resian Kimojino-Weiss**

**Noah Elias Weiss**                                   **Joyce Resian Kimojino-Weiss**

Signature of Debtor 1                               Signature of Debtor 2

Date **October 15, 2025**                           Date **October 15, 2025**

Debtor 1  **Noah Elias Weiss**
Debtor 2  **Joyce Resian Kimojino-Weiss** _____     Case number (*if known*) _____

MM / DD / YYYY                                    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Noah Elias Weiss** |
| Debtor 2 | **Joyce Resian Kimojino-Weiss** |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1    Identify the Kind of Debts You Have

1.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2.  **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Go to line 3.

        ☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes.  Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

    > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
    >
    > If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7:**      **Liquidation**

| | | |
|---|---:|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|  | | |
|---|---|---|
|  | $1,167 | filing fee |
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

<div style="border:1px solid; background:#e0e0e0; padding:10px;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re    **Noah Elias Weiss**       Case No. _____

      **Joyce Resian Kimojino-Weiss**

         Debtor(s)       Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................. $ _____ **9,662.00**

     Prior to the filing of this statement I have received .............................. $ _____ **9,662.00**

     Balance Due ............................................................................................. $ _____ **0.00**

2.   $ __**338.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):    **Debtors and the business**

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, or any other adversary proceeding. Additional services to be billed hourly; additional expenses to be charged as actual. Exclusions set out in more detail in engagement letter.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 15, 2025**            **/s/ David A. Sosne**

*Date*                                **David A. Sosne #28365MO**

                                     *Signature of Attorney*

                                     **Summers Compton Wells LLC**
                                     **903 S Lindbergh Blvd Suite 200**
                                     **Saint Louis, MO 63131**
                                     **314-991-4999   Fax: 314-991-2413**
                                     **dasattymo@summerscomptonwells.com**

                                     *Name of law firm*

# United States Bankruptcy Court
### Eastern District of Missouri

In re **Noah Elias Weiss**
**Joyce Resian Kimojino-Weiss**

_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of  **5**  page(s) and is true, correct and complete.

**/s/ Noah Elias Weiss**
**Noah Elias Weiss**
Debtor Signature

**/s/ Joyce Resian Kimojino-Weiss**
**Joyce Resian Kimojino-Weiss**
Joint Debtor Signature (if applicable)

Dated:  **October 15, 2025**  _____

L.F. 2 - 2/2021

ABT Properties LLC
738 Southern Hills Drive
Eureka MO 63025

ACT Communications
222 North Center Street
Bonham TX 75418

Alpha Geek Capital LLC
60547 Latham Trail
Joshua Tree CA 92252

Amazon Prime (Chase)
410 Terry Avenue North
Seattle WA 98109

American Express
200 Vesey Street
New York NY 10285

American Express Amazon
PO Box 96001
Los Angeles CA 90096-8000

Americom Imaging Systems
10352 Lake Bluff Drive
Saint Louis MO 63123

Apple (Morgan Stanley)
One Apple Park Way
Cupertino CA 95014

Arnold Public Water
PO Box 646
Arnold MO 63010

Ascentium Capital
23970 US-59
Kingwood TX 77339

AT&T
208 S. Akard Street
Dallas TX 75202

Bank of America
100 North Tryon Street
Charlotte NC 28255

Best Buy (Citi)
7601 Penn Ave S
Minneapolis MN 55423

Capital One Quicksilver
1600 Capital One Dr
McLean VA 22102

Capital One Venture Card
1600 Capital One Dr
McLean VA 22102

Central Research Inc.
106 N. Bloomington Street S
Lowell AR 72745

Chase United Explorer Card
270 Park Avenue
New York NY 10017

Citi Double Cash
388 Greenwich St
New York NY 10013

Citi Strata
388 Greenwich St
New York NY 10013

Daniel E. Diemer
225 S. Meramac
Suite 528
Saint Louis MO 63105

Dobbs
1983 Brennan Plaza
High Ridge MO 63049

Echo Electric
1702 Chase Drive
Fenton MO 63026

First Internet Bank
8701 E 116th St
Fishers IN 46038

Hatch
600 Broadway, 2nd Floor
New York NY 10012

HD Supply/HD Pro
13345 Lakefront Drive
Earth City MO 63045

HomeYou
400 Tradecenter Drive
Woburn MA 01801

HWP Rigging
5484 Brown Avenue
Saint Louis MO 63120

```
Icon
1852 FM 878
Lavon TX 75166

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Inventory Sales Co.
9777 Reavis Road
Saint Louis MO 63123

Master Benefits Group
11166 Tesson Ferry Road
Saint Louis MO 63123

MCKENZIE STL LLC
PO BOX 46732
Saint Louis MO 63146

Metro Electric Supply
6801 Hoffman Ave
Saint Louis MO 63139

Missouri Department of Revenue
Bankruptcy Unit
301 W High Street
PO Box 475
Jefferson City MO 65105

Mr Cooper
PO Box 818060
5801 Postal Road
Cleveland OH 44181

Noah Elias Weiss
8400 Delmar Blvd, Apt 148
St Louis MO 63124

OnDeck
4700 W. Daybreak Pkwy.
Ste. 200
South Jordan UT 84009

QuikTrip (WEX)
4705 S 129th E Ave
Tulsa OK 74134

Ramp Credit Card
23 West 23rd Street
New York NY 10010

Republic Services
7151 N. Market Street
Saint Louis MO 63133
```

SC Electric
2455 Raymond Drive
Saint Charles MO 63301

Small Business Administration
1222 Spruce St
RM 10.103
St. Louis MO 63103

SnapCom
12444 Powerscourt Drive
Suite 270
Saint Louis MO 63131

SSM Health St Mary's Hospital
6420 Clayton Road
St. Louis MO 63117

Stephen S. Allen
9777 Mount Pyramid Court
Suite 220
Englewood CO 80112

Target (TD Bank)
1000 Nicollet Mall
Minneapolis MN 55403

Timothy O'Dell
738 Southern Hills Drive
Eureka MO 63025

Trimble
10368 Westmoor Drive
Broomfield CO 80021

US Bank
800 Nicollet Mall
Minneapolis MN 55402

US Bank Altitude
800 Nicollet Mall
Minneapolis MN 55402

US Bank Altitude Card
PO Box 790408
Saint Louis MO 63179-0408

US Bank Platinum Card
PO Box 790408
Saint Louis MO 63179-0408

Wells Fargo
420 Montgomery Street
San Francisco CA 94163

```
Wells Fargo
420 Montgomery Street
San Francisco, California 94163 CA 94163

WEX Fleet Card
1 Hancock Street
Portland ME 04101

Xodo Sign
Elisabethstrasse 15/5A+5B
1010 Vienna Austria

Zvi Isreal Weiss & Debra Weiss & Trust
939 Coast Blvd #7A
La Jolla CA 92037
```